# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| CLINTON WILLIAMS | § § | CIVIL ACTION NO. 4:25-cv-00198-SDJ-AGD |
| Plaintiff | § § | |
| VS. | § § | |
| CENTURY MCKINNEY, LLC | § § | |
| Defendant | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, CLINTON WILLIAMS Plaintiff and CENTURY MCKINNEY, LLC Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   October 1, 2025         FOR CLINTON WILLIAMS, Plaintiff

BY:   */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

| | | |
|---|---|---|
| DATED: | October 1, 2025 | FOR CENTURY MCKINNEY, LLC Defendant |

                                                                                                              BY: ___*/S/*___ ***David Cheung***___  
                                                                                                              Mr. David Cheung  
THE CHEUNG LAW FIRM, PLLC  
PO Box 863975  
Plano, Texas 75086  
(214) 736-4618 - Office